FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-0056
_____

IFTIKHAR RASUL, M.D.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Department of Health, Board of Medicine.
Paul A. Vazquez, Executive Director.

January 28, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John E. Terrel and Rickey L. Strong of Howell, Buchan & Strong, Tallahassee, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.